COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 August 7, 2015
 No. 10-15-00235-CV
 IN RE MATTHEW ALAN CLENDENNEN
 
 
 Original Proceeding
 
--------------------------------------------------------------------------------
JUDGMENT

The original Petition for Writ of Mandamus filed by Matthew Alan Clendennen has been considered by the Court. The Court has determined the Petition for Writ of Mandamus should be and hereby is conditionally granted. A writ will issue only if the trial court fails to vacate its Order issued June 30, 2015 and advise the Court in writing that it has done so within 7 days from the date of this judgment. 
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court. 
 PER CURIAM SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk